# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LESTER MASSEY, JR.,<br><br>Defendant. | Criminal Action No. PX-24-041 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during status conference held July 5, 2024, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| August 13, 2024 | Defendant to supplement/add motions to suppress and other pretrial motions |
| July 30, 2024 | Government's Omnibus Response |
| August 13, 2024<br>(10am – 2pm) | Motions Hearing |
| TBD at Suppression Hrg. | Trial begins. |

Dated: June 6, 2024                             /S/
                                        Paula Xinis
                                        United States District Judge