**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. PX-23-346** |
| **LESTER MASSEY, JR.,** | |
| **Defendant.** | |

## GOVERNMENT'S CONSENT MOTION TO EXTEND TIME

The United States of America, by undersigned counsel, respectfully submits this Motion to Extend Time to file an Omnibus Response to the Defendant's motions to suppress fruits of search warrants, statements, and fruits of other searches, for 404(b) evidence, and to dismiss the indictment ("Motions"). ECF Nos. 16, 17, 18, 19, and 20. The Government respectfully requests that the Court extend the deadline from July 30, 2024, to August 2, 2024. In support of this motion, the Government states as follows:

Due to conflicts with other cases and other matters, undersigned counsel for the United States seeks a modest extension of three days to respond to the Defendant's Motions, which raise a number of substantive issues, including in evolving areas of the law. Counsel believes it requires additional time in order to appropriately craft its responses. Counsel does not anticipate that the delay would require rescheduling of the hearing in this matter, and respectfully submits that the Defendant will not be prejudiced by this brief delay.

The Government has consulted with counsel for the Defendant, who graciously consents to the requested extension of time.

Wherefore, it is respectfully requested that this Court order that the deadline for filing an Omnibus Response to the Defendant's Motions be extended from July 30, 2024, to August 2, 2024.


Dated:  July 29, 2024


                                  Respectfully submitted,
                                  Erek L. Barron
                                  United States Attorney

By:    _____/s/_____
                                    Nicholas Potter
                                    Elizabeth Wright
                                    Assistant United States Attorneys


<u>IT IS SO ORDERED.</u>

Dated:  July ___, 2024                        _____
                                    THE HONORABLE PAULA XINIS
                                    U.S. DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of July, 2024, a copy of the foregoing Motion to Extend Time was filed via ECF and thereby provided to all counsel of record.

_____/s/_____
Nicholas Potter
Assistant United States Attorney