# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| v. | \* **Criminal Case PX 24.42** |
| **LESTER MASSEY Jr.,** | \* |
| | \* |

## CONSENT MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS BEYOND THE DUE DATE SET BY THE COURT

Comes now, Lester Massey, Jr., the Defendant, through undersigned counsel, Marc G. Hall, Esq. and respectfully moves this Honorable Court pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure allow for the filing of motions past the court's previously set deadline and for reasons states as follows:

1. Motions were filed in this case by previous counsel, John McKenna on June 3, 2024.

2. On August 16, 2024, an attorney Inquiry was held and Mr. McKenna was relieved as CJA counsel in this case.

3. On August 22.2024, undersigned counsel was appointed under the Criminal Justice Act.

4. Counsel has received discovery in this matter and is in the process of reviewing it. Although previous counsel filed motions in this case undersigned counsel would like the opportunity to review all of the discovery and the motions previously filed and make an independent determination as to whether any additional motions need to be filed. Counsel is requesting two weeks to accomplish this task.

5. Counsel has spoken to the two assigned Assistant U.S. Attorneys Nichols Potter and Elizabeth Wright and they have no objection to setting a new Motions due date of September 17, 2024 for counsel to file any additional motions if needed.

6. Following the completion of counsel's review and the filing of any additional motions, the parties will contact chambers to set a status/scheduling conference to set a schedule in this case.

Respectfully submitted,

Law Offices of Marc G. Hall, P.C.

/s/
Marc G. Hall
Fed Bar No. 01386
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this <u>4th</u> day of <u>September</u> 2024 to: The United States Attorney's Office, Greenbelt, MD.

/s/
Marc G. Hall