IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX24-41** |
| | * | |
| **LESTER MASSEY, Jr.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

******

MOTION FOR RECONSIDERATION OF DETENTION

COMES NOW, the Defendant, Lester Massey, Jr, through his attorney, Marc G. Hall, Esq., respectfully requests this Honorable Court set this matter for a reconsideration of the revocation of Pre-Trial Release and for reasons states the following:

1. A Violation of Pre-trial release hearing was held on April 25, 2025.

2. On that date the Court concluded that the defendant had violated his Pre-trial Release conditions and was no longer appropriate for Pre-trial release and was detained.

3. The basis for detention was the Defendant's persistent lateness in returning home when he was at work and his violation of the Court's prohibition that he refrain from using the internet.

4. At the time of the detention hearing, both the government and Pretrial Services recommended that the defendant remain on release, but that he be on a 24-hour lockdown and electronic monitoring so as to ensure that he did not leave his residence.

5. In order to ensure that the defendant not be in violation of his release again, the defendant agrees that a 24 hour a day lockdown with electronic monitoring is appropriate pending trial.

6. To ensure that the defendant not use the internet again, we would suggest that an additional restriction be imposed which requires the defendant to turn over all his

devices to his 3rd party custodian until his case is resolved.

7. The defendant understands the errors he made while on Pretrial release and believes with the above modifications he can successfully live at home pending his trial date of July 21, 2025, without further infractions.

Respectfully submitted,

Law Offices of Marc G. Hall, P.C.

/s/
Marc G. Hall
Fed Bar No. 01386
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
240 205-3041

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 29th day of April 2025 to: The United States Attorney's Office, Greenbelt, MD 20770.

/s/
Marc G. Hall