IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v

LESTER MASSEY, JR.,

Defendant

CRIMINAL NO PX-24-041

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Two rounds of 9mm ammunition (1 round Hornady, 1 round Federal) | 7/21/2025 | 7/21/2025 |
| 2 | 19 rounds of .40 caliber ammunition (17 rounds Starline, 1 round GFL/Fiocchi, 1 round Federal) | 7/21/2025 | 7/21/2025 |
| 3 | 15 rounds of 9mm ammunition (Federal) | 7/21/2025 | 7/21/2025 |
| 4 | Four rounds of ammunition (1 round Hornady 9mm, 1 round Speer .40 caliber, 1 round Poongsan .223 caliber, 1 round Lake City .223 caliber) | 7/21/2025 | 7/21/2025 |
| 5 | 50 rounds of .223 caliber ammunition (GGG) | 7/21/2025 | 7/21/2025 |
| 6 | 2 rounds of 9mm ammunition (Hornady) | 7/21/2025 | 7/21/2025 |
| 7 | 8 rounds of .40 caliber ammunition (Federal) | 7/21/2025 | 7/21/2025 |
| 8 | 143 rounds of ammunition (25 rounds Ozkursan 9mm, 118 rounds CBC 9mm) | 7/21/2025 | 7/21/2025 |
| 9 | Intentionally Omitted | | |
| 10 | Upper and lower receiver | 7/21/2025 | 7/21/2025 |
| 11 | Firearm parts re: the lower receiver | 7/21/2025 | 7/21/2025 |

| 12 | 9mm pistol magazine | 7/21/2025 | 7/21/2025 |
|---|---|---|---|
| 13 | 10mm extended magazine | 7/21/2025 | 7/21/2025 |
| 14 | White PMAG .556/.223 extended magazine | 7/21/2025 | 7/21/2025 |
| 15 | Glock-style slide with barrel and recoil spring | 7/21/2025 | 7/21/2025 |
| 16-29 | Intentionally Omitted | | |
| 30 | Samsung Cellular Telephone, Model SM-S906U, IMEI 355742972330318 (assigned call number (240)-837-3110) | 7/21/2025 | 7/21/2025 |
| 31 | Intentionally Omitted | | |
| 32 | Samsung Cellular Telephone, Model SM-S918U, IMEI 358245975610550 (assigned call number 240-698-9199) | 7/21/2025 | 7/21/2025 |
| 33-100 | Intentionally Omitted | | |
| 101 | Search Warrant Photograph – 6429 Exterior | 7/21/2025 | 7/21/2025 |
| 102 | Search Warrant Photograph – Front Door | 7/21/2025 | 7/21/2025 |
| 103 | Search Warrant Photograph – Into Living Room | 7/21/2025 | 7/21/2025 |
| 104 | Search Warrant Photograph – Living Room | 7/21/2025 | 7/21/2025 |
| 105 | Search Warrant Photograph – Vehicle Registration | 7/21/2025 | 7/21/2025 |
| 106 | Search Warrant Photograph – Living Room | 7/21/2025 | 7/21/2025 |
| 107 | Search Warrant Photograph – Corner | 7/21/2025 | 7/21/2025 |
| 108 | Search Warrant Photograph – Box in Corner | 7/21/2025 | 7/21/2025 |
| 109 | Search Warrant Photograph – Inside Box in Corner | 7/21/2025 | 7/21/2025 |
| 110 | Search Warrant Photograph – MAGTECH Box 9mm | 7/21/2025 | 7/21/2025 |
| 111 | Search Warrant Photograph – Kitchen | 7/21/2025 | 7/21/2025 |
| 112 | Search Warrant Photograph – Kitchen | 7/21/2025 | 7/21/2025 |
| 113 | Search Warrant Photograph – Kitchen Cabinet | 7/21/2025 | 7/21/2025 |
| 114 | Search Warrant Photograph – Close Up of Kitchen Cabinet | 7/21/2025 | 7/21/2025 |
| 115 | Search Warrant Photograph – Kitchen Cabinet | 7/21/2025 | 7/21/2025 |

| 116 | Search Warrant Photograph – Item in Kitchen Cabinet | 7/21/2025 | 7/21/2025 |
|---|---|---|---|
| 117 | Search Warrant Photograph – Closet Floor | 7/21/2025 | 7/21/2025 |
| 118 | Search Warrant Photograph – Item in Green Bag in Closet | 7/21/2025 | 7/21/2025 |
| 119 | Search Warrant Photograph – Into Bedroom | 7/21/2025 | 7/21/2025 |
| 120 | Search Warrant Photograph – Top of Dresser | 7/21/2025 | 7/21/2025 |
| 121 | Search Warrant Photograph – Ammunition on Dresser | 7/21/2025 | 7/21/2025 |
| 122 | Search Warrant Photograph – Mr. Massey's Driver's License | 7/21/2025 | 7/21/2025 |
| 123 | Search Warrant Photograph – Bottom of Ammunition | 7/21/2025 | 7/21/2025 |
| 124 | Search Warrant Photograph – Ammunition | 7/21/2025 | 7/21/2025 |
| 125 | Search Warrant Photograph – Bedroom | 7/21/2025 | 7/21/2025 |
| 126 | Search Warrant Photograph – Phone Front | 7/21/2025 | 7/21/2025 |
| 127 | Search Warrant Photograph – Phone Back | 7/21/2025 | 7/21/2025 |
| 128 | Search Warrant Photograph – Top of Closet | 7/21/2025 | 7/21/2025 |
| 129 | Search Warrant Photograph – Closet Shelf | 7/21/2025 | 7/21/2025 |
| 130 | Search Warrant Photograph – Ammunition | 7/21/2025 | 7/21/2025 |
| 131 | Search Warrant Photograph – Ammunition | 7/21/2025 | 7/21/2025 |
| 132 | Search Warrant Photograph – Phone, Ammunition, Upper and Lower Receiver | 7/21/2025 | 7/21/2025 |
| 133 | Search Warrant Photograph – Ammunition | 7/21/2025 | 7/21/2025 |
| 134 | Search Warrant Photograph – Containers in front of Closet | 7/21/2025 | 7/21/2025 |
| 135 | Search Warrant Photograph – Close Up of Containers | 7/21/2025 | 7/21/2025 |
| 136 | Search Warrant Photograph – Close Up of Containers | 7/21/2025 | 7/21/2025 |
| 137 | Search Warrant Photograph – Ammunition, Upper and Lower Receiver, Paraphernalia | 7/21/2025 | 7/21/2025 |
| 138 | Search Warrant Photograph – Dresser | 7/21/2025 | 7/21/2025 |
| 139 | Search Warrant Photograph – Top of Dresser | 7/21/2025 | 7/21/2025 |
| 140 | Search Warrant Photograph – Box of .223 Remington | 7/21/2025 | 7/21/2025 |
| 141 | Search Warrant Photograph – Into Container | 7/21/2025 | 7/21/2025 |
| 142 | Search Warrant Photograph – Ammunition and Magazine | 7/21/2025 | 7/21/2025 |
| 143 | Search Warrant Photograph – Prince George's County Notice [Redacted] | 7/21/2025 | 7/21/2025 |

| 144 | Search Warrant Photograph – Form BOC-3 | 7/21/2025 | 7/21/2025 |
| --- | --- | --- | --- |
| 145 | Search Warrant Photograph – Patio | 7/21/2025 | 7/21/2025 |
| 146 | Search Warrant Photograph – Top of Blue Container | 7/21/2025 | 7/21/2025 |
| 147 | Search Warrant Photograph – PMAG | 7/21/2025 | 7/21/2025 |
| 148-149 | Intentionally Omitted | | |
| 150 | Photograph of Ammunition | 7/22/2025 | 7/22/2025 |
| 151 – 174 | Intentionally Omitted | | |
| 175 | Search Warrant Interview Audio Recording (Identification only) (DVD) | 7/22/2025 | |
| 175B | Search Warrant Interview Clip - 1:11 to 1:44 (on DVD) | 7/22/2025 | 7/22/2025 |
| 175B1 | Search Warrant Interview Clip – 1:11 to 1:44 Transcript | 7/22/2025 | |
| 175C | Search Warrant Interview Clip – 2:37 to 2:43 (on DVD) | 7/22/2025 | 7/22/2025 |
| 175C1 | Search Warrant Interview Clip – 2:37 to 2:43 Transcript | 7/22/2025 | |
| 175D | Search Warrant Interview Clip – 6:02 to 6:28 (on DVD) | 7/22/2025 | 7/22/2025 |
| 175D1 | Search Warrant Interview Clip – 6:02 to 6:28 Transcript | 7/22/2025 | |
| 175E | Search Warrant Interview Clip - 6:49 to 6:54 (on DVD) | 7/22/2025 | 7/22/2025 |
| 175E1 | Search Warrant Interview Clip - 6:49 to 6:54 Transcript | 7/22/2025 | |
| 176 – 180 | Intentionally Omitted | | |
| 181 | Package 6 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |
| 182 | Package 1 – Ammunition Photo | 7/22/2025 | 7/22/2025 |
| 183 | Package 2 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |
| 184 | Package 7 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |
| 185 | Package 4 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |
| 186 | Package 5 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |

| | | | |
|---|---|---|---|
| 187 | Package 3 – Ammunition Photo 2 | 7/22/2025 | 7/22/2025 |
| 188 | Package 8 – Ammunition Photo 2 | 7/22/2025 | 7/22/2025 |
| 189 | Package 8 – Ammunition Photo 3 | 7/22/2025 | 7/22/2025 |
| 190 | Package 8 – Ammunition Photo 1 | 7/22/2025 | 7/22/2025 |
| 191 – 200 | Intentionally Omitted | | |
| 201 | Certified Conviction (Redacted) (2009) | 7/22/2025 | 7/22/2025 |
| 201A | Physical Certified Conviction (2009) | 7/22/2025 | |
| 202 | Certified Conviction (Redacted) (2012) | 7/22/2025 | 7/22/2025 |
| 202A | Physical Certified Conviction (2012) | 7/22/2025 | |
| 203 | Transcript of 2009 Conviction Initial Sentencing (Redacted) | 7/22/2025 | 7/22/2025 |
| 204-249 | Intentionally Omitted | | |
| 250 | Lester Massey Driver's License 02.04.10 | 7/22/2025 | 7/22/2025 |
| 251 | Lester Massey Dup 02.04.14 | 7/22/2025 | 7/22/2025 |
| 252 | Lester Massey Dup 05.31.18 | 7/22/2025 | 7/22/2025 |
| 253 | Lester Massey Dup 06.07.16 | 7/22/2025 | 7/22/2025 |
| 254 | Lester Massey Renew 06.30.21 | 7/22/2025 | 7/22/2025 |
| 255 | Lester Massey Complete Driving Record | 7/22/2025 | 7/22/2025 |
| 256 | Lester Massey License Photographs | 7/22/2025 | 7/22/2025 |
| 257 | Public Records Certification for MVA Records (Identification only) | | |
| 258 – 269 | Intentionally Omitted | | |
| 270 | [CT081461X] Audio from July 1, 2011 Initial Appearance on VOP (Identification only) | 7/22/2025 | |
| 270A | [CT081461X] Excerpt of Audio from July 1, 2011 Initial Appearance on VOP (0:00 to 1:37) | 7/22/2025 | 7/22/2025 |

| | | | |
|---|---|---|---|
| 270A1 | [CT081461X] Transcript of Excerpt of Audio from July 1, 2011 Initial Appearance on VOP (0:00 to 1:37) | 7/22/2025 | |
| 271 – 278 | Intentionally Omitted | | |
| 279 | [CT081461X] Physical Certified Court Paperwork | 7/22/2025 | |
| 280 | [CT081461X] Summons | 7/22/2025 | 7/22/2025 |
| 281 | [CT081461X] Charge Summary | 7/22/2025 | 7/22/2025 |
| 282 | [CT081461X] Identification Sheet | 7/22/2025 | 7/22/2025 |
| 283 | [CT081461X] Plea Hearing Document | 7/22/2025 | 7/22/2025 |
| 284 | [CT081461X] Motion for Modification of Sentence | 7/22/2025 | 7/22/2025 |
| 285 | [CT081461X] Penalty Summary | 7/22/2025 | 7/22/2025 |
| 286 | [CT081461X] Statement of VOP Charge | 7/22/2025 | 7/22/2025 |
| 287 | [CT081461X] Notice to Appear for VOP | 7/22/2025 | 7/22/2025 |
| 288 | [CT081461X] Acknowledgment of VOP Arraignment | 7/22/2025 | 7/22/2025 |
| 289 | [CT081461X] Motion for Reconsideration of VOP | 7/22/2025 | 7/22/2025 |
| 290 | Intentionally Omitted | | |
| 291 | [CT110937X] Summons | 7/22/2025 | 7/22/2025 |
| 292 | [CT110937X] Notice of Subsequent Offender Sentence | 7/22/2025 | 7/22/2025 |
| 293 | [CT110937X] Notice of Trial | 7/22/2025 | 7/22/2025 |
| 294 | [CT110937X] Notice of Sentencing Hearing | 7/22/2025 | 7/22/2025 |
| 295 | [CT110937X] Motion for Reconsideration of Sentence | 7/22/2025 | 7/22/2025 |
| 296 | [CT110937X] Penalty Summary | 7/22/2025 | 7/22/2025 |
| 297 | [CT110937X] Physical Certified Court Paperwork | 7/22/2025 | |